IN THE UNITED STATES DISTRICT COURT
OF BOSTON, MASSACHUSETTS

| | |
|---|---|
| JOSE GENAO ) | |
| ) | |
| PLAINTIFF ) | **04-40022 NG** |
| ) | |
| vs ) | CIVIL NO. _____ |
| ) | |
| State's Attorney of ) | |
|    Rhode Island ) | |
| Attorney General for ) | |
|    Rhode Island ) | |
| Joseph M. Magcjiacomo ) | |
|    and ) | |
| Ramona Martin of the ) | |
|    Department of Attorney ) | |
|    General ) | |

## MOTION UNDER VAUGHN VS ROSEN
## AND UNDER TITLE % USC 552 FOR RELIEF

Plaintiff Jose Genao moves the honorable Court for an order requiring the Defendant's, the State Attorney for Rhode Island and, as well, the Attorney GEneral Office for the state of Rhode Island, to provide, within 30 days of the filing of the complaint in the action, in the following order:

"Any records pertaining to all the cases the Plaintiff has in the State of Rhode Island; from police report, plea agreement, sentencing transcript, drug analysis reports, or any other records on file, on all of the convictions obtained in the State of Rhode Island. The following cases has followed:

1) Docket No. P2/90-2803B -- Conspiracy to violate the Controlled Substance Act. Name used: Jose Genao, aka "Luis Torres Sanabria; D.O.B. 10-6-1955;

2) Docket No. P2/91-3479A -- Delivery of Cocaine -- Name Used: Jose Genao, aka "Luis Torres Sanabria", D.O.B. 10-6-1955;

3) Docket No. P2/91-2023A -- Possession of Cocaine -- Name Used: Jose Genao, a.k.a. "Luis Torres Sanabria", D.O.B. 10-6-1955;

4) Docket No. P2/97-0307A -- Possession of Cocaine -- Name Used: Jose Genao, aka "Evaristo Martinez", D.O.B. 4-6-1959.  See Vaughn vs Rosen 484 f.2d 820 (D.C. 1973), 415 US 977 (1974).

Pursuant to the Rhode Island State General Law 38-2-1 to 38-2-13 (1998) which trigger Title 5 USC 552(a), that petitioner is entitled to any record requested under State Freedom of Information Law, and under Federal Statute for Freedom of Information Act, where the State of Rhode Island is receiving Federal funding from the Federal Government. The petitioner has surpassed all the requirements for obtaining all of the records of the convictions against him through numerous requests. The petitioner is now requesting the District Court to have the State of Rhode Island comply to the statute due to the fact that at least two (2) of the convictions were obtained illegally, which triggered the petitioner's federal right, due to the fact that two of the convictions enhanced the petitioner to Armed Career Criminal in the Federal Court, which resulted in him receiving 262 months.  The petitioner prays that the District Court grant an order to have the State of Rhode Island to provide all records in the cases so that the petitioner could attack those unconstitutional convictions. Bound vs Smith 52 L.Ed.2d72 "The Great Majority of Prisoner Quality for In Forma Pauperis Status, which Entitles them to Relief from Statutory Filing Fee."

The petitioner prays that the honorable court grant this motion, so that justice could be served.  The petitioner had an inmate draw up this petition, as petitioner does not speak a word of English.  The petitioner also requests that the motion proceed forward due to the petitioner's being a poor person.

Wherefore, for the foregoing reason, the honorable court should grant

an order to have this agency comply, under the statutes, to give the petitioner all records pertaining to him in the State of Rhode Island State's Attorney for the aforementioned convictions.

Defendant's Addresses:  Chief State Attorney Office
150 South Main Street
Providence, RI   02903

Chief State Attorney Office
250 Benefit Street
Providence, RI   02903

Department of Attorney General
ATTN: Mr. Ramona Martins
150 South Main Street
Providence, RI   02903

Joseph M. Maggiacomo
250 Benefit Street
Providence, RI   02903

I, the undersigned, do hereby swear, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and a complete statement to the best of my knowledge and belief under 28 USC 1746(1).

Respectfully Submitted,

2/2/204
Date

Jose Genao
Reg. #04771-070
Federal Medical Center
P.O. Box 879
Ayer, MA   01432

On this 2nd day of February, 2004, before me, the undersigned notary public, personally appeared GENAO, Jose proved to me through satisfactory evidence of identification which were Federal Bureau of Prisons Inmate Card ID, to be the person whose name is signed it voluntarily for its stated purpose.

My Commission Expires: April 14, 2006

ay of _____, 2004.

Carmen Alvidrez
Notary Public

CARMEN ALVIDREZ
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 14, 2006

Mr. Jose Genao
Reg No. 04771-070
FMC Devens
P.O. Box 879                             January 22, 2003
Ayer, MA 01432


        Re: Rhode Island Superior Court vs. Jose Genao
           Docket No's  P2/90-2803B (11/23/93)
                       P2/91-2023A (6/15/92 )
                       P2/91-3479A (1/15/92 )


Clerk Of Courts
Rhode Island Superior Court
250 Benefit Street
Providence, RI 02903


Dear Clerk:

   Please, provide me with the Court's Stenographer's name(s) and addresses in the above reference matters.

   This information is needed in order to pre-pay for transcripts to be transcribed by the Court's reporter on each proceeding. In addition, I would request any other documents pertaining in particular to this docket entries within your Clerk files. A copy(s) of such documents will be very appreciated.

   Thank You, for your earliest reply.


Respectfully Yours,

*Jose Genao*
Mr. José Genao

Jose Genao, # 04771-070
FMC Devens, P.O. Box 879,
Ayer, Massachusetts  01432


Clerk of the Court
Rhode Island Superior Court
250 Benefit Street
Providence, Rhode Island  02903

RE: Second Request for all information

Dear Clerk,
    This is my second request for any and all information concerning the following cases that were in your Court, they are:

| Arrest Date | Charge | Docket No. | Date | |
|---|---|---|---|---|
| 5/17/90* | Conspiracy to violate the controlled substance Act | P2/90-2803B | 11/23/93 | S. main |
| 9/19/90* | Delivery of cocaine | P2/91-3479A | 6/15/92 | S. main |
| 12/5/90* | Possession of cocaine | P2/91-2023A | 6/15/92 | S. main |

  I would appreciate this information and thank you in advance for your attention in this very important matter. I look forward to your response.

May 14th, 2003                  Sincerely yours,

                                    Jose Genao, # 04771-070

cc: Original                 7002 0510 0000 2387 3031
 *: See attachments

12-24-2003 Certified

7002 2410 0002 1648-6616

FREEDOM OF INFORMATION ACT REQUEST

TO: STATE ATTORNEY OFFICE
150 South Main Street
Providence, RI 02903
ATTN: Record office
Chief Clerk

FROM: JOSE GENAO A.K.A
LUIS TORRES SANABRIA
REG# 04771-070
FEDERAL MEDICAL CENTER
P.O BOX 879
Ayer, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

I am requesting any records pertaining to this case P2-91-3479 A from plea Agreement to sentencing Transcript, Arrest Records police report in the above case, any records on file in this case and or the court Reporter information that transcribe the case. The petitioner use

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact
For: Litigation

I am a[...] SANABRIA D.O.B 10-6-55. So please forward all the records to defendant at the above address in the interest of Justice. The petitioner prays that the State of Rhode Island provide this information to defendant for free of charge, due to him being Indigent. The original charges for this case was unlawful Delivery of Cocaine arrested 9-19-1990.

N

12-29-2003        7002-2410-0002-1648-6623

FREEDOM OF INFORMATION ACT REQUEST

TO: Clerk of The Court
150 South Main Street
Providence, RI 02903
ATTN: Records Office
Cheif Clerk

FROM: Jose Genao A.K.A Luis Torres
SANABRIA
REG # 04771-070
Federal Medical Center
P. O Box 879
Ayers, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

I am requesting any records pertaining to this case P2-91-3479A from plea Argeement, to Sentencing Transcript, Arrest Records, police report in the above case, any record on file in this case and or the court Reporter information that Transcribe the case. The petitioner used

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the
24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact
For: Litigation for Unconstitutional accepted plea

cc: File

Jan alisas in the case A.K.A Luis Torres Sanabri, D.O.B 10-6-55. So please forward all records to defendant at the above address in the Interest of Justice. The petitioner prays that the state of Rhode Island provide this information to for free of Charge, due to him being Indigent. The original Charges for this case was unlawful Delivery of Cocaine arrested 9-19-1990.

cc: File

12-24-2003   Certified 7002-2410-0002-1648
-6616

FREEDOM OF INFORMATION ACT REQUEST

TO: STATE ATTORNEY OFFICE
150 South Main Street
Providence, RI 02903
ATTN: Record office

FROM: JOSE GENAO A.K.A LUIS TORRES SANABRIA
REG # 04771-070
FEDERAL MEDICAL CENTER
P.O BOX 879
Ayer, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

I am requesting any record pertaining to this case P2-9P-2023 A from plea Agreements to Sentencing Transcript, Arrest Records, police Report in the above case, any records on file in this case and or the court Reporter information that transcribe the case

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact
For: Litigation

cc: File

The petitioner used an alias in the case A.K.A Luis Torres Sanabria D.O.B 10-6-55 So please forward all record to the defendant at the above address in the Interest of Justice. The petitioner prays that the state of Rhode Island provide this information to for free of charge, due to him being Indigent. The original charge for this case was unlawful Delivery of cocaine arrested 9-19-1990.

12-29-2003   7002-2410-0002-1648-6623

## FREEDOM OF INFORMATION ACT REQUEST

TO: Clerk of the Court
150 S. Main St
Providence RI 02903
ATTN Record office

FROM: Jose Genao A-KA Luis
Torres Sanabria
REG# 04771-070
Federal Medical Center
P.O Box 879
Dyers, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

I am requesting any record pertaining to this case P2-91-2023 A from plea agreement to sentencing transcript, Arrest Records, police Report in the above case, any records on file in this case and or the court Reporter information that transcribe the case

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

*Jose Genao*
Authorized Representative/Attorney-In-Fact
For: Litigation

The petitioner used an alias in the case A.K.A Luis TORRES SANABRIA DOB 10-6-55. So please forward all records to the defendant at the above address in the interest of Justice. The petitioner prays that the state of Rhode ISLAND provide this information to the defendant for free of Charge, due to him being Indigent. The original charge for this case was unlawful Delivery of cocaine arrested 9-19-1990

Certified 7002-2410-0002 1648-6623

FREEDOM OF INFORMATION ACT REQUEST

TO: Clerk of the Court
250 South Main Street
Providence, RI 02903
ATTN: Records Office
Chief Clerk

FROM: Jose Genao AKA Luis Torres Sanabria
REG# 04771-070
Federal Medical Center
P.O Box 879
Ayers, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

any records pertaining to this case NO: P2/1990-2803B from plea agreement, sentencing transcript, Arrest Records, police report in the above case, any records on file in this case and or the court Reporter information that transcribe the case. The petitioner used any aliases in the

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact

For: Litigation for unconstitutional Conviction

cc: file

S case LUIS TORRES SANABRIA D.O.B 10-6-55 So please forward all records to defendant at the above address in the Interest of Justice. The petitioner prays that the State of Rhode Island provide this information to him, Due to the he his Indigent.

cc: file



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF CORRECTIONS
Minimum Supervision Unit
Adult Probation and Parole
P.O. Box 8275
Cranston, RI 02920

March 9, 2001

Department of Attorney General
ATTN: Ramona Martins
150 South Main Street
Providence, RI 02903

RE: Jose Genao
AKA: Evaristo Martinez (10/26/57)
 - Torres, Luis
   Aria, Carlos
   Sanabria, Luis
   Sanadera, Luis
Dob: 10/6/55
#04771-070
P2/1990-2803B

Dear Ms. Martins:

This letter is in response to your letter dated February 27, 2001 regarding the above named defendant. We do not intend on filing a violation report due to his new Federal charges.

Should you have any questions, please don't hesitate to call at (401) 462-5205.

Sincerely,

Laura A. Lynch
Probation Aide

Cc: FMC Devens – ISM Dept.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee |
| | B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br>Department of Attorney General<br>ATTN: HONORABLE RAMONA MARTINS<br>150 South Main St<br>Providence, RI, 02903 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7002 2410 0002 1648 6111 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ 37 |
|---|---|
| Certified Fee | 1.75 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: JOSE GENAO   REG# 04771-070
Street, Apt. No.; or PO Box No. P.O Box 879   G-B
City, State, ZIP+4  Ayer, MA, 01432

PS Form 3800, June 2002   See Reverse for Instructions

7002 2410 0002 1648 6111

FREEDOM OF INFORMATION ACT REQUEST

TO: Department of Attorney General
ATTN: HONORABLE Ramona Martins
150 South Main Street
Providence, RI 02903

FROM: Jose Genao A.K.A Luis Torres Sanabria
REG# 04771-070
Federal Medical Center
P.O Box 879
Ayers, MA, 01432

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

any records pertaining to this case NO: P2/1990-2803B from plea agreement, sentencing transcript, Arrest Record, police report in the above case, Any records on file in this case and or the court reporter. That transcribe the case. The petitioner used any aliases in the case Luis Torres Sanabria D.OB 10-6-55

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact
For: Litigation for unconstitutional Issues

CC: FILE

The petitioner prays that the State Attorney officer provide this Information to the defendant at no cost, due to the fact he Is Indigent

CC: FILE