

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF CORRECTIONS
Minimum Supervision Unit
Adult Probation and Parole
P.O. Box 8275
Cranston, RI  02920

March 9, 2001

Department of Attorney General
ATTN: Ramona Martins
150 South Main Street
Providence, RI  02903

           RE: Jose Genao
           AKA: Evaristo Martinez   (10/26/57)
                – Torres, Luis
                  Aria, Carlos
                  Sanabria, Luis
                  Sanadera, Luis
           Dob: 10/6/55
           #04771-070
           P2/1990-2803B

Dear Ms. Martins:

     This letter is in response to your letter dated February 27, 2001 regarding the above named defendant. We do not intend on filing a violation report due to his new Federal charges.

     Should you have any questions, please don't hesitate to call at (401) 462-5205.

                                                Sincerely,

                                                Laura A. Lynch
                                                Probation Aide

Cc: FMC Devens – ISM Dept.

FREEDOM OF INFORMATION ACT REQUEST

TO: Clerk of the Court
Rhode Island Superior Court
250 Benefit St
Providence, Rhode Island
02903

FROM: Jose Genao A.K.A
Evaristo Martinez
Federal Medical Center
P.O. Box 879
Ayers, MA, 01432
REG# 04771-070

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

Any Records, Transcripts, or Order, plea agreement pertain to this case P2/97-0307 A. Please provide me with the name of the court Reporter to obtain this records. The petitioner used an alias Evaristo Martinez and D.O.B 4-6-59. In the interest of Justice the petitioner is pleading with

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 23 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact

For: to Litigate the Unconstitutional Conviction

the honorable Judge Joseph F. Rodgers JR Presiding Justice over the case, to order the government to provide the defendant with all records including the Sentencing transcript minute, in order for petitioner to receive justice in this case. The petitioner pray that the honorable Judge grant his request, due to him not having any money to obtain this records. The petitioner was charge with unlawfully posses with intent to deliver a controlled substance, to wit Herion, as set forth in Schedule I of § 21-28-2.08 of the General to both Count, was sentence in front of the court of honorable Judge Henry S. KINCH JR to 2yrs suspended, to 2yrs Probation.

cc: file

FREEDOM OF INFORMATION ACT REQUEST

TO: Clerk of The Court
Rhode Island Superior Court
250 Benefit St
Providence, Rhode Island
02903

FROM: Jose Genao A.K.A
Evaristo Martinez
Federal Medical Center
P.O. Box 879
Ayers, MA, 01432
Reg# 04771-070

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

Any Records, Transcripts, or Order, plea agreement pertain to this case P2/97-0307 A. Please provide me with the name of the court Reporter to obtain this records. The petitioner used an alias Evaristo Martinez and D.O.B 4-6-59. In the interest of Justice The petitioner is pleading with

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 23 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact

For: to Litigate the Unconstitutional Conviction

the honorable Judge Joseph F. Rodgers JR Presiding Justice over the case, to order the government to provide the defendant with all records including the Sentencing transcript minute, in order for petitioner to receive Justice in this case. The petitioner pray that the honorable Jugde grant his request, due to him not having any money to obtain this records. The petitioner was charge with unlawfully posses with intent to deliver a controlled substance, to wit Herion, as set forth in Schedule I of § 21-28-2.08 of the General to both count, was Sentence in front of the court of honorable Judge Henry S. KINCHSR to 2yrs Suspended, to 2yrs Probation.



Jose Genao A.K.A Evaristo Martinez
Federal Medical Center
Reg# 04771-070
P.O. Box 879
Ayers, MA, 01432

Clerk of the Court
c/o Honorable Judge Joseph F. Rodgers
250 Benefit Street
Providce, Rhode Island, 02903

"LEGAL MAIL"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 1.75 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

#04771-070

Sent To: GENO JOSE AKA EVARISTO MARTINEZ
Street, Apt. No.; or PO Box No. P.O. Box 879
City, State, ZIP+4 Ayers, MA, 01432

PS Form 3800, June 2002     See Reverse for Instructions

7002 2410 0002 1648 6104

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerk of the Court
c/o Honorable Judge
Joseph F. Rodgers
250 Benefit Street
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 2410 0002 1648 6104

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

12-29-2003   7002-2410-0002-1648-6609

## FREEDOM OF INFORMATION ACT REQUEST

TO: STATE ATTORNEY OFFICE
RHODE ISLAND SUPERIOR
COURT
250 Benefit St
Providence, RI, 02903

FROM: JOSE GENAO A.K.A
EVARISTO MARTINEZ
FEDERAL MEDICAL CENTER
P.O BOX 879
Ayers, MA, 01432
REG# 04771-070

Pursuant to Title 5 United States Code § 552, 552(a), I the undersigned, identified as above, respectfully request the following information:

I am request any Records, transcripts, plea agreements, policy reports, arrest records pertaining to this case P2/97-0307 A. Please provide me with the name of the court Reporter to obtain this records especially the sentencing transcript. The petitioner used an alias

If for any reason(s) any of the above requested information or material is deemed to be non-releasable, please specify the statutory reason(s) for the refusal, and the name and title of the person making such determination. If it is determined that some portion of this request is exempt, I will expect, as the act provides, that the remaining non-exempt material will be provided to me. I reserve the right to appeal any determination to withhold information and I expect that I will be provided with the address where such appeal may be sent.

As your agency should be cognizant, the Amended Freedom of Information Act requires you to reduce or waive search and/or copying fees when the release of the requested information is in the public interest. It is my belief that the above requested information falls into this category. Further, and again as the Act requires, I expect a reply within ten (10) working days. In the event that I do not receive the requested information or just cause for refusal within the required time, I will file a petition in the United States District Court for an order to compel.

I the undersigned, do hereby declare under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete, to the best of my knowledge and belief. (28 U.S.C. § 1746(1))

Executed without the United States on the 24 day of December, 2003, by:

Jose Genao
Authorized Representative/Attorney-In-Fact
For: Litigation for Unconstitutional Plea

cc: File

Evaristo Martinez and D.O.B 4-6-59. In the interest of Justice the petitioner is pleading with the State Attorney Office to provide the defendant with all records in this case. The petitioner prays that his request is granted, due to him not having any money to obtain this records. The petitioner was charge with unlawfully posses with the intent to deliver a controlled Substance, to wit intent to deliver, as set forth in Schedule I of § 21-28-2 of the General Law plead to both count. was Sentenced in the court of honorable Judge Henry S. Kinch Jr to 2yrs Suspended, to 2yrs Probation.

cc: File

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court
Rhode Island Superior Court
250 Benefit Street
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 2410 0002 1646 3785

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court
Rhode Island Superior Crt
250 Benefit Street
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
[PROVIDENCE ANNEX 2002 postmark]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0004 1075 8502

PS Form 3811, August 2001    Domestic Return Receipt    9/2/02    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE ATTORNEY
OFFICE
150 South MAIN ST
Providence RI 02903
ATTN: Chief Attorney

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002-2410 0002 1648 6616

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Court
   Rhode Island Superior Court
   250 Benefit Street
   Providence, RI 02903

2. Article Number
   (Transfer from service label)  7001 2510 0004 1075 8519

PS Form 3811, August 2001    Domestic Return Receipt    9/2/02    102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Court
   Rhode Island Superior Court
   250 Benefit Street
   Providence, RI 02903

2. Article Number
   (Transfer from service label)  7001 2510 0004 1075 8526

PS Form 3811, August 2001    Domestic Return Receipt    9/2/02    102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of Attorney General
   ATTN: HONORABLE RAMONA MARTINS
   150 South Main St
   Providence, RI, 02903

2. Article Number
   (Transfer from service label)  7002 2410 0002 1648 6111

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CLERK OF THE COURT
   Honorable Judge Rodgers
   250 Benefit Street
   Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12/7/[?]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002-2410-0002-1648-6623

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Court
   150 South Main St
   Providence, RI 02903
   ATTN: Record Office
   Chief Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Elaine Kenney

C. Date of Delivery: 8/30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002-2410-0002-1648-6104

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STATE ATTORNEY OFFICE
   Rhode Island Superior
   Court
   250 Benefit St
   Providence, RI 02903
   ATTN: Chief Attorney

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12/3/[?]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002-2410-0002-1648-6609

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540