UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE GENAO,            )<br>          Plaintiff,    )<br>                       )<br>     v.                )<br>                       )<br>STATE'S ATTORNEY       )<br>OF RHODE ISLAND, et al., )<br>          Defendants.  ) | C.A. No. 04-40022-PBS |

ORDER

On February 12, 2004, plaintiff Jose Genao, an inmate at FMC Devens, filed an application to proceed without prepayment of fees and a complaint naming four Rhode Island defendants. Genao purports to bring this action pursuant to the Freedom of Information Act, and seeks an order directing the defendants to provide him with records of his criminal cases in Rhode Island. Complaint, p. 1-2. The problem is that a Massachusetts <u>federal</u> court has no power to order a state government to provide these records under these circumstances. Mr. Genao should write to the Federal Public Defender in Rhode Island for assistance in getting these records which are, after all, public. The address:

> Office of the Public Defender
> 100 North Main Street
> Providence, Rhode Island  02903

ACCORDINGLY, this action is dismissed.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>20th</u> day of <u>  May  </u>, 2004.

> s/ Nancy Gertner
> NANCY GERTNER
> UNITED STATES DISTRICT JUDGE