UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE GENAO,
                Plaintiff,

v.                               Civil Action No.  04-40022-NG

STATE'S ATTORNEY OF RHODE ISLAND, et al.,
                Defendants.

ORDER OF DISMISSAL

GERTNER, D.J.

    In accordance with this Court's order dated May 20, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                   By the Court,

                                                   s/ Linn A. Weissman
                                                 Deputy Clerk

Date May 26, 2004

(noticeofdismissal.wpd - 12/98)                                                       [odism.]